IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEAR OF GOD, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>　LIXIANGGUO, et al.,<br><br>　　　　　　Defendants. | Case No. 24-cv-00334<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Beth W. Jantz** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 4, 2024 [42], in favor of Plaintiff FEAR OF GOD, LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit FEAR OF FEAR OF GOD Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | Line No. |
|---|---|
| Selectedclothing | 74 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 22nd day of August 2024.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law

*Attorneys for Fear of God LLC*